UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUDSON DE SOUZA AREDES, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1: 22-cv-10666-IT |
| | * | |
| GESSICA APARECIDA PEREIRA AREDES, | * | |
| | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT RETURNING MINOR CHILD TO BRAZIL
June 23, 2022

TALWANI, D.J.

For the reasons set forth in the court's Findings of Fact and Conclusions of Law [Doc. No. 25], and after a hearing on June 23, 2022, conducted by videoconference with a court-appointed Brazilian Portuguese interpreter during which Petitioner Hudson de Souza Aredes was present and represented by counsel and Respondent Gessica Aparecida Pereira Aredes appeared *pro se*, it is ordered and adjudged that Respondent shall promptly return Petitioner and Respondent's minor child (who was born in Brazil in 2016, is the subject of this action and is referred to in this action as MPA) to Brazil as set forth here.

1. This Judgment is entered on Petitioner's commitment to not drive the child in a vehicle when Petitioner has consumed alcohol, and his agreement that upon the child's return to Brazil, she will reside in the home of Respondent's mother unless otherwise ordered by a Brazilian court.

2. Because Respondent no longer has her own or the child's passports in her possession (as the passports are in the custody of the U.S. Customs and Border Control),

Petitioner has requested that this court seek from the Brazilian Consulate a Return to Brazil Authorization for the minor child and the Respondent. Petitioner's request is granted.

3. By this Judgment, the court requests the Brazilian Consulate issue a Return to Brazil Authorization for the minor child and for the Respondent/Mother, Gessica Aparecida Pereira Aredes. Petitioner's counsel shall provide a copy of this Judgment to the Brazilian Consulate with a copy of the child's birth certificate so that the Brazilian Consulate will have her full name and date of birth for purposes of issuing the Return to Brazil Authorizations.

4. Respondent shall promptly provide to the Brazilian Consulate a copy of her own birth certificate or passport and passport photos for Respondent and the minor child to facilitate issuance of the Return to Brazil Authorizations.

5. The court requests the Brazilian Consulate to forward the Return to Brazil Authorizations for Respondent and the minor child to Petitioner's counsel to facilitate their return.

6. Once the Return to Brazil Authorization has been issued, Petitioner shall notify his brother, Wellington Aredes, who shall purchase airline tickets for Respondent and the child to fly to Brazil. Mr. Wellington Aredes will drive Respondent and the child to the airport, accompany them through the check in process until boarding passes are issued and they have passed through TSA security check. Respondent's father may accompany them to the airport at Respondent's election.

7. Petitioner shall notify Respondent's mother of the return flight information and shall allow Respondent's mother and brother to accompany Petitioner to the airport in Brazil to meet Respondent and the child upon their arrival and drive them back to Respondent's mother's home.

8.  After a Return to Brazil Authorization has been issued and return tickets purchased, Respondent shall promptly provide notice of this Judgment to the Immigration Court, JFK Building, 15 New Sudbury, #320, Boston MA 02203, to allow the Immigration Court to find exceptional circumstances precluding entry of an Order of Removal where this Judgment requires Respondent to travel with the minor child to Brazil. If Respondent seeks to continue her immigration proceedings, she shall provide the Immigration Court with her address in Brazil on the Form EOIR-33 provided to her.

IT IS SO ORDERED.

June 23, 2022

*Indira Talwani*
United States District Judge